EULRIC LEE WILLIAMS v. STATE.

188 So. 121.
Division A.
Opinion Filed April 11, 1939.

*W. D. Bell,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, *Tyrus A. Norwood,* and *Thomas J. Ellis,* Assistant Attorneys General, for Defendant in Error.

PER CURIAM.—This is a companion case to that of Solon Driggers v. State of Florida.

The two defendants were indicted and tried jointly in both cases and each, upon being arraigned, interposed like pleas of *autrefois acquit.*

Therefore, the judgment is reversed on authority of the opinion and judgment in the Driggers case, *supra.*

So ordered.

Reversed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

BROWN, J., concurs in opinion and judgment.

Justices WHITFIELD and CHAPMAN, not participating as authorized by Section 4687 Compiled General Laws of 1927 and Rule 21-A of the Rules of this Court.